✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

                    SOUTHERN    District of    ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JONATHAN LEE STEED | Case Number:   4:04CR40018-001-JPG |
|  | USM Number:   29337-018 |
|  | David M. Williams |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  as alleged in petition  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition | The defendant failed to make payment toward his financial obligation | 7/2005 |
| Standard #7 | The defendant consumed alcohol to the point of intoxication | 08/14/2005 |
| Standard # 9 | The defendant associated with a convicted felon | 06/12/2005 |
| Special Condition | The defendant failed to appear for substance abuse treatment counseling | 08/08/2005 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | \*\*\*-\*\*-5604 | October 27, 2005 |
|---|---|---|
|  |  | Date of Imposition of Judgment |
| Defendant's Date of Birth: | \*\*-\*\*-1974 |  |
|  |  | Signature of Judge |
| Defendant's Residence Address: |  |  |
| City: Herrin |  |  |
| State: IL 62948 |  | J. Phil Gilbert, District Judge |
|  |  | Name and Title of Judge |
|  |  | November 2, 2005 |
|  |  | Date |
| Defendant's Mailing Address: |  |  |
| Same as above |  |  |

FILED NOV 02 2005 CLERK, U.S. DISTRICT, SOUTHERN DISTRICT, BENTON OFFICE

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2

DEFENDANT: JONATHAN LEE STEED
CASE NUMBER: 4:04CR40018-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 20 months

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant have an evaluation done.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL